AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Kansas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>premises and devices located in the residential vehicle located at 11711 W 47th Street S. Clearwater, KS 67026 and is further described in Attachment A. | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.    23-6238-GEB

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ KANSAS _____
*(identify the person or describe the property to be searched and give its location)*:

premises and devices located in the residential vehicle located at 11711 W 47th Street S. Clearwater, KS 67026 and is further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____ September 20, 2023 _____ *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___ Honorable Gwynne E. Birzer, U.S. Magistrate Judge ___ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    08/30/2023 9:34 am _____

*Judge's signature*

City and state:    Wichita, Kansas _____    HONORABLE GWYNNE E. BIRZER, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>23-6238-GEB | Date and time warrant executed:<br>09/14/2023, 6:03 AM | Copy of warrant and inventory left with:<br>Left inside the camper/RV on the property |
| Inventory made in the presence of :<br>N/A | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Please see the attached FD-597.

KRS
09/14/2023

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/14/2023

_Executing officer's signature_

KASEV R. SUNDAR, FBI SPECIAL AGENT
_Printed name and title_

FD-597 (Rev 8-11-94)                                                    Page ___1___ of ___1___

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 305I-KC-3587076

On (date) September 14, 2023

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☑ Seized

(Name) Jeffrey Rausch
(Street Address) 11711 W 47th St
(City) Clearwater, KS, 67026

Description of Item(s): _____

- White Apple Iphone IMEI 358812055697441
- Blue Apple Iphone IMEI 358823052170845
- Ugreen USB stick w/ Samsung 25G evo plus micro storage card
- Micro SD USB 2.0
- Quill.com sm 8 flash drive
- Sun disk adapter w/ Samsung 128 EUD select storage card
- Micro SD HC 4GB
- Blue Bendy USB
- Black Samsung phone cracked
- Amazon Fire Stick
- Camera w/ card
- Blue Tablet

Received By: Not Present
(Signature)

Received From: Jonathan Davis /FBI
(Signature)

## ATTACHMENT A

*Property to be searched*

The property to be searched is residential vehicle located at 11711 W 47th Street S, Clearwater, KS 67026, further described as follows and circled in red:

The property is located off W 47th Street S and southeast of the intersection W 47th Street S and S 119th Street W. A dirt and gravel driveway from W 47th Street S leads to the property. The residential vehicle is in front of the single-family home to its east. East of the residential vehicle are several trees.













## ATTACHMENT B

### *Property to be seized*

1.      Any and all child pornography (as defined in 18 U.S.C. § 2256(8)), visual depictions of minors engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256(2), or child erotica, in any format or media, including computer files, prints, negatives, drawings, and paintings.

2.      Any and all computer devices (including desktops, laptops, tablets, smartphones, as well as the hardware, peripherals, software, computer related documentation, passwords and data security devices, and storage devices), including the software or programs or applications contained therein, that may be or are used to:

       a.      distribute, receive, possess or access child pornography or visual depictions of minors engaged in sexually explicit conduct;

       b.      seek, obtain, store, or record information pertaining to the sexual exploitation of children or otherwise relate to an interest in child pornography, visual depictions of minors engaged in sexually explicit conduct, child erotica, or the sexual exploitation of children;

       c.      communicate with any other person regarding child pornography, visual depictions of minors engaged in sexually explicit conduct, child erotica, or the sexual exploitation of children; and any and all data or information on the device which may relate to subparagraphs 2a, 2b, and 2c, including data or information that may reveal indicia of ownership, access, or use.

3.      Any and all notes, documents, records, correspondence, in any format and media (including, but not limited to, envelopes, letters, papers, diaries, manifestos, manuals, email messages, chat logs and electronic messages, and handwritten notes) pertaining to child pornography, visual depictions of minors engaged in sexually explicit conduct, child erotica, or the sexual exploitation of children, and to include any and all data or records that may reveal indicia of creation, use, or ownership of the notes, documents, records, or correspondence.

4.      Any and all cameras, film, videotapes or other photographic equipment, which may be used to contain, create or duplicate child pornography, visual depictions of minors engaged in sexually explicit conduct, or child erotica.

5.      Any and all documents, records, or correspondence, in any format or media (including, but not limited to, envelopes, letters, papers, email messages, chat logs and electronic messages, and other digital data files), pertaining to occupancy or ownership of the RESIDENCE described above, including, but not limited to, rental or lease agreements, mortgage documents, rental or lease payments, utility and telephone bills, mail envelopes, or addressed correspondence.

6.      Any and all records, documents, invoices and materials, in any format or media (including, but not limited to, envelopes, letters, papers, email messages, chat logs and electronic messages, and other digital data files) that concern any accounts with an Internet Service Provider.

7.      Any and all records, documents, invoices and materials, in any format or media (including, but not limited to, envelopes, letters, papers, email messages, chat logs and electronic messages, and other digital data files) that concern online storage or other remote computer storage, including, but not limited to, software used to access such online storage or remote computer storage, user logs or archived data that show connection to such online storage or remote

computer storage, and user logins and passwords for such online storage or remote computer storage.

8.    Any and all records, documents, invoices and materials, in any format or media (including, but not limited to, envelopes, letters, papers, email messages, chat logs and electronic messages, and other digital data files) that concern encryption, deletion, or destruction of evidence.

9.    Any and all visual depictions of minors that may assist in the identification of minors depicted in images of child erotica or child pornography.